IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | No. 2020-21625 |
| ) | |
| MARSHALL SPIEGEL, ) | Chapter 11 |
| ) | |
| *Debtor*. ) | Hon. Timothy A. Barnes, Bankruptcy Judge |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that the Debtor, MARSHALL SPIEGEL, by and through his counsel, pursuant to Section 158(a)(1) of the Bankruptcy Code, 28 U.S.C. § 158(a)(1); pursuant to Rule 8002(a) of the Federal Rules of Bankruptcy Procedure; and pursuant to the Bankruptcy Court's Order of September 25, 2024, to Extend Time to Appeal Pursuant to Bankruptcy Rule 8002 and Shorten Notice; hereby appeals to the United States District Court for the Northern District of Illinois from the Orders entered herein by the United States Bankruptcy Court for the Northern District of Illinois (Hon. Timothy A. Barnes) on September 5, 2024, and September 12, 2024.

**Part 1. Identification of the Appellants.**

1. Name of the Appellant: Marshall Spiegel.

2. Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal: Debtor.

**Part 2. Identification of the Subject of this Appeal.**

(a) 1. Judgment, order, or decree appealed from: Order (entered on the Court's Docket as Document No. 1274) directing the United States Trustee to appoint a Chapter 11 Trustee for the reasons set forth in the Court's Memorandum Decision (entered on the Court's Docket as Document No. 1273)..

  2. The order and memorandum decision appealed from were entered on September 5, 2024.

(b) 1. Judgment, order, or decree appealed from: Order (entered on the Court's docket as Document No. 1279) correcting the Order entered (on the Court's docket as Document No. 1274) on September 5, 2024.

  2. The order appealed from was entered on September 12, 2024.

**Part 3. Identification of Other Parties to the Appeal.**

| | | | |
|---|---|---|---|
| (a) | Matthew Spiegel.<br>*Creditor* | Counsel: | William J Factor<br>105 West Madison Street<br>Suite 2300<br>Chicago, Illinois 60602<br>312-878-6976<br>847-574-8233 (fax)<br>wfactor@wfactorlaw.com |
| (b) | Official Committee of Unsecured Creditors<br>*Creditors Committee* | Counsel: | Nicholas R Dwayne<br>Adelman Gettleman Ltd.<br>53 West Jackson Boulevard<br>Suite 1050<br>Chicago, Illinois 60604<br>(312) 435-1050<br>ndwayne@ag-ltd.com |
| | | and | Howard L. Adelman<br>Adelman & Gettleman Ltd.<br>53 West Jackson Boulevard<br>Suite 1050<br>Chicago, Illinois 60604<br>(312) 435-1050<br>(312) 435-1059 (fax)<br>hla@ag-ltd.com |

| | | | |
|---|---|---|---|
| (c) | 1618 Sheridan Road Condominium Association<br>*Creditor* | Counsel | Nicholas R Dwayne<br>Adelman Gettleman Ltd.<br>53 West Jackson Boulevard<br>Suite 1050<br>Chicago, Illinois  60604<br>(312) 435-1050<br>ndwayne@ag-ltd.com |
| | | and | Howard L. Adelman<br>Adelman & Gettleman Ltd.<br>53 W. Jackson Boulevard<br>Suite 1050<br>Chicago, Illinois  60604<br>(312) 435-1050<br>(312) 435-1059 (fax)<br>hla@ag-ltd.com |
| | | and | Alexander F Berk<br>Barack Ferrazzano Kirschbaum & Nagelberg<br>200 West Madison Street<br>Suite 3900<br>Chicago, Illinois  60606<br>(312) 629-7301<br>alexander.berk@bfkn.com |
| | | and | Nathan Q. Rugg<br>Barack Ferrazzano Kirschbaum & Nagelberg<br>200 West Madison Street<br>Suite 3900<br>Chicago, Illinois  60606<br>(312) 984-3172<br>(312) 984-3150 (fax)<br>nathan.rugg@bfkn.com |
| | | and | Jack O. Snyder, Jr.<br>Barack Ferrazzano Kirschbaum & Nagelberg<br>200 West Madison Street.<br>Suite 3900<br>Chicago, Illinois  60606<br>(312) 629-5111 |

|     |                                  |          |                                                                                                                                                                                 |
|-----|----------------------------------|----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| (d) | Wintrust Bank, N.A. *Creditor*   | Counsel  | Francisco Connell<br>Chuhak & Tecson, P.C.<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, Illinois  60606<br>(312) 201-3403<br>(312) 444-9027 (fax)<br>fconnell@fernandezholdings.com |
|     |                                  | and      | Brandon R Freud<br>Chuhak & Tecson, P.C.<br>120 South Riverside Plaza<br>Suite 1700<br>Chicago, Illinois  60606<br>(312) 201-4201<br>(312) 444-9027 (fax)<br>bfreud@chuhak.com   |
| (e) | Duane Morris, L.L.P. *Creditor*  |          | John T Schriver<br>Duane Morris LLP<br>190 South LaSalle Street<br>Suite 3700<br>Chicago, Illinois  60603<br>(312) 499-6700<br>jtschriver@duanemorris.com                        |
|     |                                  | and      | John R Weiss<br>Duane Morris LLP<br>190 South LaSalle Street<br>Suite 3700<br>Chicago, Illinois  60603<br>(312) 499-0148<br>(312) 499-6701 (fax)<br>jrweiss@duanemorris.com      |
| (f) | Corinne McClintic *Creditor*     | Counsel: | Eugene E Murphy<br>Murphy Law Group, LLC<br>161 North Clark Street<br>Suite 2550<br>Chicago, Illinois  60601<br>(312) 202-3200<br>gmurphy@murphylitigation.com                   |

| | | | |
|---|---|---|---|
| (g) | Michael C. Kim & Associates<br>*Interested Party* | Counsel | Mark A Carter<br>Hinshaw & Culbertson LLP<br>151 North Franklin Street<br>Suite 2500<br>Chicago, Illinois  60606<br>(312) 704-3775<br>(312) 704-3001 (fax)<br>mcarter@hinshawlaw.com |
| | | and | Thomas P Mcgarry<br>Hinshaw & Culbertson LLP<br>151 North Franklin Street<br>Suite 2500<br>Chicago, Illinois  60606<br>(312) 704-3000<br>tmcgarry@hinshawlaw.com |
| (h) | Citizens Insurance Company of America<br>*Interested Party* | Counsel | David A. Newby<br>Momkus LLC<br>1001 Warrenville Road<br>Suite 550<br>Lisle, Illinois  60532<br>(630) 434-0400<br>(630) 434-0444 (fax)<br>dnewby@momkus.com |
| (i) | 16-00022 Greenleaf Building, LLC<br>*Interested Party* | Counsel | David K. Welch<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 North Wabash Avenue<br>21st Floor<br>Chicago, Illinois  60611<br>(312) 840-7000<br>dwelch@burkelaw.com |
| (l) | Gina B. Krol<br>*Trustee* | | Gina B Krol<br>Cohen & Krol<br>1064 104th Street<br>Suite 100<br>Naperville, Illinois  60564<br>(312) 368-0300<br>(312) 368-0300 (fax)<br>gkrol@cohenandkrol.com |

Dated:     October 10, 2024.

/s/ **JOSEPH A. MORRIS**
_____
JOSEPH A. MORRIS

JOSEPH A. MORRIS
MORRIS & DE LA ROSA
6171 North Sheridan Road
Suite 312
Chicago, Illinois 60660
(312) 927-4680
Attorney No. 39725

*Counsel for Marshall Spiegel.*

Proof of Service

The undersigned member of the bar certifies that he served copies of the foregoing notice and of the instrument referred to therein upon all parties of record herein via the Court's electronic filing and case management system, all on October 10, 2024.

/s/ **JOSEPH A. MORRIS**
_____
JOSEPH A. MORRIS